**CITY OF ALBANY, Missouri, Respondent,**

v.

**Randy W. HILL, Appellant.**

**No. WD 51020.**

Missouri Court of Appeals, Western District.

Dec. 5, 1995.

Jerold L. Drake, Asst. Public Defender, Grant City, for appellant.

David P. Parman, Pros. Atty., Gentry County, Albany, for respondent.

Before FENNER, C.J., P.J., and ULRICH and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from the judgment of the trial court dismissing appeal from conviction in municipal court of operating a motor vehicle in excess of the posted speed limit and reinstating the judgment and sentence of said municipal court.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Fredrick TAYLOR, Appellant.**

**Fredrick Henry TAYLOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48883, 50223.**

Missouri Court of Appeals, Western District.

Dec. 5, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, C.J., P.J., and ULRICH and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of two counts of forcible rape, § 566.030, RSMo 1994, two counts of forcible sodomy, § 566.060, RSMo 1994, one count of burglary in the first degree, § 569.160, RSMo 1994, one count of stealing, § 570.030, RSMo 1994, as a prior, persistent, and class X offender, §§ 558.016, RSMo 1994, 558.019, RSMo 1994, as a persistent sexual offender, § 558.018, RSMo 1994, and the denial of his 29.15 motion for postconviction relief.

Judgments of conviction and the denial of the Rule 29.15 motion are affirmed. Rule 30.25(b) and Rule 84.16(b).